No. 92–7912. IN RE MILLER. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until April 26, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 92–7619. IN RE SEARCY. C. A. 5th Cir. Petition for writ of common-law certiorari before judgment denied.

No. 92–7904. IN RE GRAY; and
No. 92–7937. IN RE GREGORY. Petitions for writs of habeas corpus denied.

No. 91–956. GERDING, ADMINISTRATOR OF THE ESTATE OF GERDING, DECEASED, ET AL. *v.* REPUBLIC OF FRANCE ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–320. REPUBLIC OF ARGENTINA ET AL. *v.* SIDERMAN DE BLAKE ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–964. COLLINS *v.* UNITED STATES; and
No. 92–6813. ROSS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 972 F. 2d 1385.

No. 92–1055. SHOCKEY *v.* CITY OF PORTLAND ET AL. Sup. Ct. Ore. Certiorari denied.

No. 92–1084. GORDON ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1095. LONETREE *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 92–1127. HELTON ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER FOR VICTOR SAVINGS & LOAN ASSN. Ct. App. Okla. Certiorari denied.

No. 92–1177. MYERS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–1179. KAHN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.